Jennifer A. Litz, Esq., State Bar No. 162803
Ronald A. Litz, Esq., State Bar No. 038618
LAW OFFICES OF RONALD A. LITZ
10100 Santa Monica Boulevard, Suite 800
Los Angeles, CA 90067
Telephone: (310) 201-0606
Fax: (310) 201-0226

Attorneys for Plaintiff
LOUISE MARIE CHOLEWINSKI

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2001
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE MARIE CHOLEWINSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>PARAMOUNT PICTURES, a Delaware Corporation; VIACOM, INC., the parent company of Paramount Pictures, a Delaware Corporation; AETNA LIFE INSURANCE CO., a Connecticut Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 00-08817 RMT (Ex)<br><br>DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PARAMOUNT PICTURES AND VIACOM, INC.<br><br>(Federal Rule of Civil Procedure 41(a))<br><br>✓ Docketed<br>✓ Copies / NTC Sent<br>__ JS - 5 / JS - 6<br>__ JS - 2 / JS - 3<br>__ CLSD |

The above-captioned action was first filed in Superior Court of California for the County of Los Angeles and was thereafter removed by Defendants from the state court to this Court. Paramount Pictures and Viacom, Inc. were among the entities named as Defendants in the original complaint filed by Plaintiff Louise Marie Cholewinski ("Plaintiff"). Subsequent to Defendants' removing this action to this Court, there ensued communications between and among counsel for all parties relating to, *inter alia*, (i) who might be proper defendants in the type of action brought by Plaintiff and (ii) certain state law claims asserted by Plaintiff being preempted by the Employee Retirement Income Security Act of 1974, as amended

("ERISA"), 29 U.S.C. § 1001 *et seq.* As a result of those communications, Plaintiff filed amended complaints, and the Second Amended Complaint (the current operative complaint) does not allege any claim against Defendant Paramount Pictures and/or Defendant Viacom, Inc. Nevertheless, the caption of the Second Amended Complaint continues to include Paramount Pictures and Viacom, Inc. in the list of Defendants.

To eliminate any ambiguity in the record, Plaintiff is now, pursuant to Fed. R. Civ. P 41(a), filing a dismissal, formally dismissing, without prejudice, Defendants Paramount Pictures and Viacom, Inc. Inasmuch as neither Paramount Pictures nor Viacom, Inc. has filed or served an answer or a motion for summary judgment in this action, pursuant to Fed. R. Civ. P. 41(a), Plaintiff may, without order of the Court and without stipulation of the parties, file a dismissal without prejudice. Accordingly, Plaintiff hereby dismisses without prejudice Defendants Paramount Pictures and Viacom, Inc.

DATED: January 23, 2001

LAW OFFICES OF JENNIFER A. LITZ

By: _____
Ronald A. Litz, Esq.
Attorneys for Plaintiff
Louise Marie Cholewinski

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 10100 Santa Monica Blvd., #800, Los Angeles, CA 90067-4100. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On January 23, 2001, I served the foregoing document described as **DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PARAMOUNT PICTURES AND VIACOM, INC.** on the interested parties in this action by

[xx]   placing [ ] the original [xx] a true copy thereof enclosed in sealed envelopes addressed as follows:

Kirk A. Patrick
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Robert Unger, Esq.
Trucker & Huss
120 Montgomery Street, 23rd Floor
San Francisco, CA 94104-4326

[xx]   (BY MAIL) I mailed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. Executed on January 23, 2001 at Los Angeles, California.

[ ]   (BY PERSONAL DELIVERY) I delivered by hand to the offices of the addressee such envelope. Executed on        , 2000 at Los Angeles, California.

[ ]   I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

[xx]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
NIKKI GARRETT

F:\LITZ\Clients\Cholewinski\Disability\Disability MB 2000\proof.wpd